# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0755.  ANTONIO MANGRAM v. CITY OF BRUNSWICK, et al.**

Following the termination of his employment, Antonio Mangram filed a "Petition for Writ of Certiorari and Complaint for Benefits of Employment." The trial court granted the City of Brunswick's and Williams Weeks's motion to dismiss Mangram's petition, and Mangram filed a notice of appeal therefrom.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . local administrative agencies . . . by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). This procedure must be followed even where the superior court dismisses the certiorari petition. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). Because Mangram failed to comply with the discretionary appeal procedure, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/08/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*